# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED FEB 23 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA FORSTNER-STACHOWICZ (01)<br><br>Defendant. | Case No. 17CR4346-AJB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Information:

8:1326(a), (b) - Removed Alien Found in the United States (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 2/20/2018

Hon. Anthony J. Battaglia
United States District Judge